UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPENCER T. CRUMBSIE,<br><br>                        Plaintiff,<br><br>       -against-<br><br>JOHN DOE, PORTCHESTER POLICE STATION OFFICER,<br><br>                       Defendant. | 25-CV-228 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      By Order dated July 16, 2025, this Court extended Plaintiff's deadline to file an amended complaint to August 22, 2025. ECF No. 25. To date, no amended complaint has been received. In light of the fact that Plaintiff is currently incarcerated and proceeding *pro se*, the Court *sua sponte* extends his deadline to file an amended complaint to **October 3, 2025**. However, should Plaintiff fail to do so, or otherwise communicate with the Court before that date, the Court will issue an order demanding that Plaintiff show cause why the action should not be dismissed for failure to prosecute. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: September 4, 2025
           New York, New York

                                                   SO ORDERED.

                                                   *Jessica Clarke*

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge