UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPENCER T. CRUMBSIE,

                          Plaintiff,

              -against-                                    25-CV-228 (JGLC)

                                                          **ORDER**
JOHN DOE, et al.,

                          Defendants.

JESSICA G. L. CLARKE, United States District Judge:

        The Court directs Plaintiff to clarify the intent of his letter, endorsed at ECF No. 25 and

appended to this Order. It now appears to the Court that Mr. Crumbsie only intends for Alan

Novoa to appear as a defendant in this case and does not intend to add Leslie Morales (Badge #

141), who was identified in Defendant's *Valentin* letter at ECF No. 20. However, it is not

entirely clear. Accordingly, by **November 21, 2025**, Mr. Crumbsie SHALL file a letter clarifying

his position, and, if applicable, file a second amended complaint adding Officer Morales as an

additional defendant. A second amended complaint would replace, not supplement, Plaintiff's

First Amended Complaint.

        Any answer or responsive pleading to the operative complaint shall be filed on or before

**December 12, 2025**.

        Additionally, the Clerk of Court is directed to change the named Defendant on the docket

from "Aian Novoa" to "Alan Novoa," as identified in Plaintiff's First Amended Complaint and

Defendant's Valentin letter. *See* ECF Nos. 14, 20. Please further amend the caption to "Crumbsie

v. Novoa" to reflect the dismissed John Doe defendant.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated: October 21, 2025
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge