UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Crumbsie,

                              Plaintiff,

          -against-

Novoa,

                              Defendant.

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:__ 2/19/2026 _
```

**ORDER RE STATUS CONFERENCE**

**7:25-cv-228 JGLC-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court previously scheduled a Status Conference (via telephone), for January 21, 2026 at 10:30 AM to discuss a proposed Case Management Plan and to set discovery deadlines in the case. (ECF No. 38). Plaintiff failed to appear at that conference, so the Court directed Defendant to take steps to contact Plaintiff and submit a letter to the Court with any updates. (Minute Entry, 01/21/2026). The Court also rescheduled that conference for February 18, 2026 at 10:30 AM, and mailed a copy of the scheduling order to Plaintiff's last known address reflected on the docket, as well as to the address that Plaintiff provided by letter to the Court. (ECF 01/23/2026, ECF 01/28/2026, ECF Nos. 33, 40). On February 18, 2026, Plaintiff again failed to appear at the conference. At that conference, Defendant explained that their efforts to contact Plaintiff since the last conference had failed and no progress was made in locating him. The Court directed Defendant to make continued efforts to contact Plaintiff and to document those efforts in a letter to the Court by March 31, 2026. (Minute Entry, 02/18/2026).

In addition, the Status Conference is hereby rescheduled for **April 1, 2026 at 10:30 AM**. The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044 and then # to enter the conference**.

In advance of the conference, the parties are to meet and confer, in accordance with Rule 26(f) of the Federal Rules of Civil Procedure, about a proposed Case Management Plan (the form for which is attached to this Order). The proposed Case Management Plan should be submitted to the Court as a proposed order via ECF **three (3) business days before the scheduled conference**.

At the Status Conference, the parties should be prepared to discuss the proposed deadlines in the Case Management Plan along with the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

Further, Plaintiff is directed to submit to the Court via the Pro Se Unit his updated mailing address, phone number, and any email address.

The Clerk of Court is kindly directed to serve a copy of this Order on the pro se Plaintiff at his most recent address: 7 Weber Drive Apt G-A, Portchester, NY 10573.

## Re: Non-Appearance

***Plaintiff is advised that failure to appear at the Telephonic Status Conference may result in dismissal of the case for failure to follow Court orders and to prosecute this case.***

**SO ORDERED.**

DATED:    White Plains, New York
          February 19, 2026

VICTORIA REZNIK
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                         Plaintiff(s),               **CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

      v.

                                                     ____Civ. _____ (VR)

                         Defendant(s).

-------------------------------------------------------------x

       This Civil Case Management Plan and Scheduling Order is adopted, after consultation with counsel and any unrepresented parties, pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure:

1.    **Jury/Non-Jury.**
   This case [is] [is not] to be tried to a jury (circle one).

2.    **Amendment/Joinder.**
   Unless a party amends a pleading as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1), amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion for leave to amend or join additional parties shall be filed no later than _____. [*Absent exceptional circumstances, a date not more than 30 days following the date of this Order. Any motion to amend or to join additional parties filed after the deadline in this paragraph will be subject to the "good cause" standard in Fed. R. Civ. P.16(b)(4) rather than the more lenient standards of Fed. R. Civ. P. 15 and 21.*]

3.    **Initial disclosures.**
   Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure must be completed by _____.

4.    **Fact Discovery.**
   The parties will conduct discovery in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and Judge Reznik's Individual Practices.  The interim deadlines in paragraphs 4(b) through 4(e) may be extended by the parties on consent without application to the Court, provided the parties meet the fact discovery completion date in paragraph 4(a).

     a.    **Fact Discovery Deadline.**
        All fact discovery must be completed by _____.

    b.    **Requests for Production.**
Initial requests for production of documents must be served by _____.
Any subsequent requests for production must be served no later than 45 days before the fact discovery deadline.

    c.    **Interrogatories.**
Interrogatories must be served by _____.
Any subsequent interrogatories must be served no later than 45 days before the fact discovery deadline.

    d.    **Fact Depositions.**
Non-expert depositions must be completed by _____.
Absent an agreement between the parties or an order from the Court, non-party depositions must follow initial party depositions.

    e.    **Requests to Admit.**
Requests to admit must be served by _____, and in any event no later than 45 days before the fact discovery deadline.

5.    **Settlement/ADR.**
Within 14 days after the completion of fact discovery, counsel and any unrepresented parties must meet to discuss settlement. The parties must file a joint letter concerning settlement within 21 days after the completion of fact discovery. The letter must include a statement as to whether the parties propose using any of the following alternative dispute resolution mechanisms: (i) a settlement conference with the Court; (ii) participation in the Court's Mediation Program; and/or (iii) retention of a private mediator. The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order absent express permission from the Court.

6.    **Expert Discovery.**

    a.    **Expert Discovery Deadline.**
All expert discovery, including expert depositions, must be completed by _____.

    b.    **Affirmative Expert Reports.**
Affirmative expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure must be made by _____.

    c.    **Rebuttal Expert Reports.**
Rebuttal expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure must be made by _____.

    d.      The interim deadlines in paragraphs 6(b) and 6(c) may be extended by the written consent of all parties without application to the Court, provided that all expert discovery is completed by the date set forth in paragraph 6(a).

7. **ALL DISCOVERY MUST BE COMPLETED BY _____.**
   (Absent exceptional circumstances, this date should align with the completion of all expert discovery in paragraph 6(a).)

8. **ESI**. Any proposed order or stipulation regarding electronically stored information shall be filed within 30 days of the date of this Order.

9. **Discovery Disputes**.
   Any discovery disputes shall be addressed according to Judge Reznik's Individual Rules and Practices.

10. **Summary Judgment Motions.**
    All such motions and applications must be governed by Judge Clarke's Individual Practices.

11. **Joint Pretrial Order.**
    Unless otherwise ordered by the Court, within 30 days of the close of all discovery, or, if a dispositive motion has been filed, within 30 days of a decision on such motion, the parties shall submit to Judge Clarke for approval a Joint Pretrial Order prepared in accordance with Judge Clarke's Individual Trial Rules and Procedures and Fed. R. Civ.P.26(a)(3).

12. **Trial Readiness**.
    The parties shall be ready for trial as of two weeks following the deadline for the proposed Joint Pretrial Order, even if trial is tentatively scheduled for a later date.

13. **Estimated length of trial**.
    The parties have conferred and their present best estimate of the length of the trial is _____.

14. The next case management conference is scheduled before the Hon. Jessica G. L. Clarke for _____ at _____ in Courtroom 320 of the Charles L. Brieant, Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150. [*To be completed by the Court*.]

15. This Civil Case Management Plan and Scheduling Order may not be modified or the dates herein extended without leave of the Court (except as provided in paragraphs 4 and 6(d) above).

Dated:

     White Plains, NY                        **SO ORDERED.**

_____
VICTORIA REZNIK
United States Magistrate Judge