USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/1/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Crumbsie,

                      Plaintiff,

          -against-

Novoa,

                    Defendant.
-----------------------------------------------------------------X

7:25-cv-228 JGLC-VR

**ORDER RE STATUS**
**CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **May 21, 2026 at 11:00 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the conference, the parties should be prepared to discuss a proposed Case Management Plan.

**Re: Incarcerated Prisoners**

    *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

    **SO ORDERED.**

DATED:      White Plains, New York
            May 1, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge